Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____ Illinois _____

In re _Zetta Williamson - Coleman_,
                Debtor

Case No. _08-12023_

Chapter _7_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299.00_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _74.75_  Check one ☑ With the filing of the petition, or
                          ☐ On or before _5-16-08_

    $ _74.75_  on or before _6-16-08_

    $ _74.75_  on or before _7-16-08_

    $ _74.75_  on or before _8-16-08_

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 1 2 2008

KENNETH S. GARDNER, CLERK
PS REP. - RD

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _____ 5-12-08
Signature of Attorney       Date    Signature of Debtor              Date
                                    (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                    _____
                                    Signature of Joint Debtor (if any)     Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
#### _____ District Of _____ Illinois _____

In re _/2E Ha/M,//,amsr~-Coleman__ Case No. _08-12023_
               Debtor

Chapter _____)_____


### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS


☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one   ☐   With the filing of the petition, or
                                 ☐   On or before _____

$ _____   on or before _____

$ _____   on or before _____

$ _____   on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.


BY THE COURT


Date: **MAY 1 2 2008**

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

Kenneth S. Gardner, Clerk of the Court